*Per Curiam.* Appeal dismissed, with costs to the respondent.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Appeal dismissed, with costs.

---

AARON PERLUS, Respondent, *v.* BRUNO B. SPIESS, Sued as JACOB SPIESS, and MARY SPIESS, Appellants.

APPEAL by the defendants from a judgment of the Municipal Court, fourth district, borough of Manhattan, rendered in favor of the plaintiff.

House, Grossman & Vorhaus, for appellants.

Leopold W. Harburger, for respondent.

*Per Curiam.* The record failing to show that the defendants reside within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellants to abide event.